01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR02-039-TSZ-01 |
| | ) | (CR05-285-TSZ) |
| Plaintiff, | ) | |
| | ) | SUMMARY REPORT OF U.S. |
| v. | ) | MAGISTRATE JUDGE AS TO |
| | ) | ALLEGED VIOLATIONS |
| ANTHONY TYRONE McDONALD, | ) | OF SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

An initial probation revocation hearing on a violation of supervised release in this case was held before the undersigned Magistrate Judge on July 25, 2005.  The United States was represented by Assistant United States Attorney Joanne Maida, and the defendant by Mr. Brian Tsuchida.  The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about April 26, 2002, on a charge of felon in possession of a firearm in violation of 18 U.S.C. § 922(b)(1), and received a sentence of thirty-three (33) months in prison and three (3) years of supervised release.

The conditions of supervised release included the requirements that defendant comply with all local, state, and federal laws.  Special conditions were imposed which included, but not limited to, refraining from unlawful use of controlled substances, no possession of a firearm, submitting to search, participating in a substance-abuse treatment program, abstaining from the

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01  use of alcohol, and a penalty assessment of $100.00.

02       In the Violation Report and Warrant Request dated June 6, 2005, U.S. Probation Officer

03  Felix Calvillo, Jr., asserted the following violation of defendant's conditions of supervised

04  release:  illegally possessing a controlled substance (methamphetamine) on or about May 25,

05  2005, in King County, Washington, in violation of the general condition of supervised release

06  and standard condition #7.  The defendant was advised in full as to the charge and as to his

07  constitutional rights.

08       On July 25, 2005, defendant also was detained on a charge of possession with intent to

09  distribute methamphetamine in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B), No. CR05-285-

10  TSZ.  Defendant entered a guilty plea to the charge after being advised in full as to the charge

11  and his constitutional rights.  As part of his Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement, the

12  defendant and the United States have agreed that the appropriate sentence for this offense is

13  sixty (60) months in prison, which shall run concurrently with the sentence for violation of

14  supervised release.

15       I therefore recommend that the Court find the defendant violated his conditions of

16  supervised release, and that a hearing limited to sentencing for the violation be set before the

17  Honorable Thomas S. Zilly.  A hearing and sentencing date has not yet been set.

18       Pending a final determination of the Court, the defendant has been detained.

19       DATED this 27th day of July, 2005.

20

21                              *James P. Donohue*
                                JAMES P. DONOHUE

22                                United States Magistrate Judge

23

24  cc:   District Judge:     The Hon. Thomas S. Zilly
         AUSA:           Ms. Joanne Maida

25         Defendant's attorney: Mr. Brian Tsuchida.
         Probation Officer:   Ms. Connie Smith

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2